UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KEITH A. ACKLEY** | **CASE NO. 2:15-CV-01188** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **HONEYWELL INTERNATIONAL, INC.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent review of the record, a *de novo* determination of the issues, and consideration of the objections, for the reasons provided in the Report and Recommendation of the Magistrate Judge [Doc. No. 88], as supplemented by the Court's Ruling on Objections issued this date;

**IT IS ORDERED** that the Motions for Summary Judgment [Doc. Nos. 66, 72] are each **GRANTED IN PART** and **DENIED IN PART**, as described in the Report and Recommendation, and all claims asserted in this matter are **DISMISSED WITH PREJUDICE**.

SIGNED this 3rd day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE